Gilberto Benitez
PLAINTIFF/PETITIONER/MOVANT'S NAME

K-18611
PRISON NUMBER

CSP-RJD 480 Alta Road
PLACE OF CONFINEMENT

San Diego California.
ADDRESS
92179     (F3-13-102UP)

2254 ✓   1983
FILING FEE PAID
Yes___  No ✓
IFP MOTION FILED
Yes ✓   No
COPIES SENT TO
Court ✓   ProSe___

FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Gilberto Benitez,
                    Plaintiff/Petitioner/Movant

v.

Robert Hernandez, et, al Defendant/Respondent

**'08 CV 0154 BTM BLM**

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Gilberto Benitez
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? [XX] Yes [ ] No     (If "No" go to question 2)
   If "Yes," state the place of your incarceration  Richard J. Donovan Correctional Facility
   Are you employed at the institution?         [ ] Yes [XX] No
   Do you receive any payment from the institution?  [ ] Yes [XX] No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   <u>Frank's Upholstery Shop in San Diego,CA. dont remenber the address.</u>

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance   ☐ Yes ☒ No
   d. Disability or workers compensation   ☐ Yes ☒ No
   e. Social Security, disability or other welfare   ☐ Yes ☒ No
   e. Gifts or inheritances   ☐ Yes ☒ No
   f. Spousal or child support   ☐ Yes ☒ No
   g. Any other sources   ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   Every four or six months my sister-in-law helps me ,I received 100$ dollars in the month of November.

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____N-A_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):        N-A

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:            Year:            Model:
   b. Is it financed? ☐ Yes ☐ No        N-A
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____ N-A _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N-A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   N-A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    N-A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
I receive the help of my sister-in-law every four or six months in the month of Nobemver I received 100$ dollars.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_____ Yiltto Benitz _____
DATE                              SIGNATURE OF APPLICANT

January 16TH, 2008.

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant **Gilberto Benitez**,
(NAME OF INMATE)

**K18611**,
(INMATE'S CDC NUMBER)

has the sum of $ **.75** on account to his/her credit at

**Richard J. Donovan Correctional Facility**.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities **N/A**

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

the past six months the applicant's *average monthly balance* was $ **16.87**,

and the *average monthly deposits* to the applicant's account was $ **14.58**

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

**8-10-2007**
DATE

*[signature]*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**C. Rodriguez**
OFFICER'S FULL NAME (PRINTED)

**Account Clerk II**
OFFICER'S TITLE/RANK

I, **GILBERTO BENITEZ**, _____ , _____
Name:                    CDC #:        Housing Unit
am seeking to bring a civil action or appeal a judgment in
**U.S. DISTRICT COURT SOUTHERN DIST. OF CA.** without prepayment of fees
Title of the Court: (i.e. U.S. District Court)
(In Forma Pauperis) pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

**GILBERTO BENITEZ**        v.     **ROBERT J. HERNANDEZ**
Plaintiff:                         Defendant:

Address of the Court:  **Edward J. Schwartz Fed. Building**
**880 Front Street**
**Room 4290 San Diego, CA. 92101-8900**

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution's Accounting office. I request a statment be sent to the court.

_[signature]_
Inmate Signature:

---

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting office at the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was received in the Central Library on, **8-8-07**,
                                                          Date:
by _[signature]_
   Name of Librarian who logged request

---

A Certified Statement Of Trust Account for a six month period from **01-01-2007** through **08-10-2007** for the above
      Date:                    Date:
identified inmate was processed through the Accounting Office at the Richard J. Donovan Correctional Facility
on, **8-10-2007**, by **C. Rodriguez**
    Date:              Name of person processing

I, **C. Rodriguez**          declare that on, **8-10-2007**, I
   Name of person processing                    Date:
deposited the Certified Statement of Trust Account in the United States Postal Service addressed as follows.

Signed: _[signature]_
        Signature of employee mailing statement

7

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __GILBERTO BENITEZ , K-18611_____, request and authorize the agency holding me in
  (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE                                    SIGNATURE OF PRISONER

January 16TH, 2008

```
REPORT ID: TS3030                                          REPORT DATE: 08/10/07
                                                                PAGE NO:    1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2007 THRU AUG. 10, 2007

ACCOUNT NUMBER : K18611              BED/CELL NUMBER: F313000000000102U
ACCOUNT NAME   : BENITEZ, GILBERTO        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
---- ----  -----------   -------    ---------  --------   -----------   -------

01/01/2007    BEGINNING BALANCE                                            0.00

03/02*DD30 CASH DEPOSIT  3587/POBOX             27.00                    27.00
03/02*DD31 CHECK DEPOSIT 3587/POBOX             18.00                    45.00
03/07 FC03 DRAW-FAC 3    3679/F31ST                          26.00       19.00
04/05 FC03 DRAW-FAC 3    4160/F31ST                          18.00        1.00
07/06*DD31 CHECK DEPOSIT 0045/POBOX             56.25                    57.25
08/07 FC03 DRAW-FAC 3    0633/F31ST                          55.00        2.25


                       CURRENT HOLDS IN EFFECT

  DATE      HOLD
 PLACED     CODE       DESCRIPTION          COMMENT      HOLD AMOUNT
 ------     ----    -----------------       -------      -----------

02/02/2007  H110    COPIES HOLD            3200/JAN07        0.20
04/20/2007  H110    COPIES HOLD            4373/MAR07        1.30



                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/16/96                CASE NUMBER: SCD111483
COUNTY CODE: SD                         FINE AMOUNT: $   500.00


  DATE     TRANS.   DESCRIPTION               TRANS. AMT.    BALANCE
  ----     ------   -----------               -----------    -------

01/01/2007    BEGINNING BALANCE                               151.58

03/02/07   DR30    REST DED-CASH DEPOSIT        30.00-        121.58
03/02/07   DR31    REST DED-CHECK DEPOSIT       20.00-        101.58
07/06/07   DR31    REST DED-CHECK DEPOSIT       62.50-         39.08
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  8-10-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
     TRUST OFFICE

REPORT ID: TS3030　　　　　　　　　　　　　　　　　REPORT DATE: 08/10/07
　　　　　　　　　　　　　　　　　　　　　　　　　PAGE NO:　　　2

　　　　　　　　　　　　R.J. DONOVAN CORR. FACILITY
　　　　　　　　　　　　INMATE TRUST ACCOUNT STATEMENT

　　　　　　　FOR THE PERIOD: JAN. 01, 2007 THRU AUG. 10, 2007

ACCT: K18611　　ACCT NAME: BENITEZ, GILBERTO　　ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                        TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 101.25 | 99.00 | 2.25 | 1.50 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.   8-10-07
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------
  0.75
----------

```
REPORT ID: TS3030  .701                           REPORT DATE: 11/01/07
                                                  PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: OCT. 01, 2007 THRU NOV. 01, 2007

ACCOUNT NUMBER : K18611              BED/CELL NUMBER: F31300000000102U
ACCOUNT NAME   : BENITEZ, GILBERTO        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

   BEGINNING     TOTAL        TOTAL        CURRENT      HOLDS      TRANSACTIONS
    BALANCE     DEPOSITS    WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
   ---------   ---------    -----------    -------    ---------    ------------
     0.00        0.00          0.00          0.00       0.00           0.00
   ---------   ---------    -----------    -------    ---------    ------------
   ---------   ---------    -----------    -------    ---------    ------------

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                       -----------
                                                          0.00
                                                       -----------
                                                       -----------
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/02/08
                                                           PAGE NO:         1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                           R.J.DONOVAN CORR. FACILITY
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 01, 2007 THRU JAN. 02, 2008

ACCOUNT NUMBER : K18611                BED/CELL NUMBER: F31300000000102U
ACCOUNT NAME   : BENITEZ, GILBERTO           ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION      COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS  BALANCE
-----  ----  --------------  ----------  ---------  ---------  -----------  --------

12/01/2007  BEGINNING BALANCE                                                57.02

12/11 W515  COPY CHARGE      2926/COPY                              0.30     56.72
12/21 W516  LEGAL COPY CH    3156/DEC07                             1.20     55.52
12/24 W512  LEGAL POSTAGE    3164/DEC07                             4.00     51.52

                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
------------  ------------  ------------  ------------  ----------  --------------
    57.02        0.00          5.50          51.52        0.00          0.00

                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ---------
                                                           51.52
                                                         ---------
```