08CV0154 BTM (BLM)

Dear Sir/Madam:

FILED
2008 JAN 30 PM 2:46
CLERK US...
SOUTHERN DISTRICT...

The reason of this letter it's also to inform your office about my recent (new) transfer to another state-prison.

My new address is as follow:

Gilberto Benitez, K-18611
SATF/SP  (E2-101up)
P.O. Box 5242
Corcoran, CA. 93212-5242

I will appreciate if you could send any future correspondence to my new address as indicated above.

Thank you very much for your time in this important matter.

Respectfully Submitted:

*[signature]*
Gilberto Benitez, In-Proper

Dated: Jan. 24th, 2008.

GILBERTO BENITEZ, K-18611
SATF/SP (E2-101)
CORCORAN, CA. 93212-5242
P.O. BOX 5242

CONFIDENTIAL
LEGAL-MAIL

BAKERSFIELD CA 933
28 JAN 2008 PM 3 L

9210142323 C037

United States Dist. Court
Southern District of Calif.
Office of the Clerk
880 Front Street, Suite #4290
San Diego, CA. 92101-8900